United States District Court
Southern District of Texas
**ENTERED**
January 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBIN MARIE SMITH,<br>*Plaintiff,* | §<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 4:25cv3345 |
| FREEDOM MORTGAGE CORPORATION,<br>*Defendants* | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 17, 2025 (Dkt. 14) and the objections thereto (Dkt. 16), the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court. Defendant objected to the recommendation for reinstatement due to Plaintiff's prior lawsuit which was dismissed for failure to state a claim. Dkt. 16. Defendant's objections go to the merits of Plaintiff's claims and are not a basis to deny reinstatement of the case.

It is therefore **ORDERED** that Defendant's Objections are **OVERRULED** and the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this ___7th___ day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE