United States District Court
Southern District of Texas
**ENTERED**
April 22, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ROBIN MARIE SMITH,<br>*Plaintiff,* | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 4:25-cv-3345 |
| FREEDOM MORTGAGE CORPORATION,<br>*Defendant.* | §<br>§<br>§ | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 2, 2026 recommending denial of Plaintiff's Motion for a TRO (Dkt. 27) and the objections thereto (Dkt. 30), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court. Plaintiff concedes her Motion for TRO is now moot (Dkt. 30 at 5).

It is therefore **ORDERED** that Defendant's Objections are **OVERRULED** and the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this **22** day of April, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE