United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ROBIN MARIE SMITH,                          §
*Plaintiff,*                                §
                                            §
V.                                          §        CIVIL ACTION NO. 4:25cv03345
                                            §
FREEDOM MORTGAGE CORORATION,                §
*Defendant*                                 §

## FINAL JUDGMENT

In accordance with this court's Order of Adoption adopting the Magistrate Judge's recommendation that Defendant's Motion to Dismiss be granted (Dkt. 33), it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against Freedom Mortgage Corporation are **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against Plaintiff. **THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this **26th** day of June, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE