United States District Court
Southern District of Texas
**ENTERED**
August 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBIN MARIE SMITH, *Plaintiff,* | § § | |
| V. | § § § | CIVIL ACTION NO. 4:25cv03345 |
| FREEDOM MORTGAGE CORORATION, *Defendant.* | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 13, 2026 (Dkt. 39) and Plaintiff's objections (Dkt. 40), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 28th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE