United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBIN MARIE SMITH, *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25cv03345 |
| | § | |
| FREEDOM MORTGAGE CORORATION, *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 30, 2026 (Dkt. 45) and no party having filed objections, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Dkt. 43) is **DENIED**.

**SIGNED** at Houston, Texas this 19th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE